■ Steven R. Saumure et al., Appellants-Respondents, v U.R. Best Resort, Inc., et al., Respondents-Appellants. [18 NYS3d 906]—Appeal and cross appeals from an order of the Supreme Court, Onondaga County (Hugh A. Gilbert, J.), entered July 17, 2014. The order denied the motion of plaintiffs for partial summary judgment and granted in part and denied in part the cross motions of defendants for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Centra, Peradotto, Lindley and Valentino, JJ.

■ Debra L. Sherman, Appellant, v Steve J. Herod, Respondent. [18 NYS3d 906]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Drury, J.), entered November 6, 2014. The order granted the motion of defendant for summary judgment and dismissed the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Centra, Peradotto, Lindley and Valentino, JJ.